**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |  |
|---|---|---|
| WILLIAM J. VASBINDER, | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | CIVIL ACTION |
| | ) | NO. 4:24-40017-MRG |
| LEWIS EVANGELIDIS, ET AL, | ) | |
| | ) | |
| *Defendants.* | ) | |
| | ) | |

## ORDER OF DISMISSAL

**Guzman, D.J.**

For failure of the Plaintiff to show good cause why this action should not be dismissed for lack of prosecution (see Docket No. 57), it is hereby ORDERED that the above-entitled action be and hereby is DISMISSED, without prejudice.

By the Court,

/s/ Suzanne Frisch
Deputy Clerk

Dated:  April 16, 2026